# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1671. PHILLIP FRAZIER v. THE STATE.

Phillip Frazier appeals from the trial court's order denying his motion for new trial. In his notice of appeal, Frazier requested the trial court clerk to transmit all transcripts of evidence to this Court, including the transcript of the hearing on his motion for new trial. It appears, however, that the transcript of the motion for new trial hearing has not yet been filed below by the trial court's reporter. For this reason, Frazier has made a motion in which he requests this Court to remand his case to the trial court for completion of the record. Upon consideration, we hereby GRANT Frazier's motion and REMAND this case to the Clerk of the Superior Court of Spalding County so that the transcript from the motion for new trial hearing may be included with the record. Upon completion of the record, the clerk is directed to transmit the complete record to this Court for re-docketing of the appeal. See OCGA § 5-6-43 (a). Frazier need not file a second notice of appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/13/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*                , Clerk.